# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-3954

_____

Charles Ashford,                              *
                                              *
              Appellant,                      *
                                              *   Appeal from the United States
     v.                                       *   District Court for the
                                              *   Eastern District of Arkansas.
Grant Harris, Warden, Varner                  *
Super Max, ADC; John Whaley,                  *   [UNPUBLISHED]
Assistant Warden, Varner Super                *
Max, ADC,                                     *
                                              *
              Appellees.                      *

_____

Submitted:  June 3, 2010
Filed:  June 11, 2010

_____

Before LOKEN, BYE, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

     Arkansas inmate Charles Ashford appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Following careful de novo review, see Johnson v. Hamilton, 452 F.3d 967, 971-72 (8th Cir. 2006), we conclude that

_____

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Beth Deere, United States Magistrate Judge for the Eastern District of Arkansas.

summary judgment was proper for the reasons stated by the district court. Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____